IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| REQUEST FOR INTERNATIONAL § | |
| JUDICIAL ASSISTANCE FROM THE § | MISC. NO. _____ |
| NATIONAL LABOR COURT OF FIRST § | |
| INSTANCE NO. 4 IN BUENOS AIRES, § | |
| ARGENTINA IN PABLO OSVALDO § | |
| VILLARROEL COSSIO § | |
| § | |
| v. § | |
| § | |
| HELMERICH & PAYNE ARGENTINA § | |
| DRILLING CO. § | |

APPLICATION FOR ORDER PURSUANT TO
TITLE 28, UNITED STATES CODE, SECTION 1782

The United States petitions this Court for an Order, pursuant to 28 U.S.C. §1782, and its own inherent authority, appointing Assistant United States Attorney Daniel Hu as Commissioner to obtain evidence from witnesses present within the jurisdiction of this Court and to take such other action as is required to execute the attached Request for International Judicial Assistance from the National Labor Court of First Instance No. 4 in Buenos Aires, Argentina concerning information regarding the checking account of Pablo Osvaldo Villarroel Cossio from Prosperity Bank.

Respectfully submitted,

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*/s/ Daniel D. Hu*
**DANIEL D. HU**
Assistant United States Attorney