<u>CERTIFIED TRANSLATION / TRADUCCIÓN PÚBLICA</u>-------------------------------------

[*Seal:* National Labor Court of First Instance No. 4 – City of Buenos Aires]------------

**LETTER ROGATORY**-------------------------------------------------------------------

Buenos Aires, August 25, 2025--------------------------------------------------------

TO THE HONORABLE JUDGE OF EQUIVALENT RANK ON DUTY WITH SUBJECT MATTER JURISDICTION AND TERRITORIAL COMPETENCE IN THE CITY OF TEXAS, UNITED STATES OF AMERICA-----------------------------------------------------------

Your Honor: I hereby issue this letter rogatory in connection with the case captioned **"VILLARROEL COSSIO, PABLO OSVALDO v. HELMERICH & PAYNE ARGENTINA DRILLING CO. ET AL in re TERMINATION"** (Case File No. 34735/2021) filed with the National Labor Court of First Instance No. 4, sole Clerk's Office under the charge of atty. María Cecilia Suárez Gallo, located at Av. Pte. Diagonal Roque Sáenz Peña 760, 7th Floor, City of Buenos Aires, Argentine Republic. With respect to the referenced case, I hereby request that Your Honor, according to the legal procedures in effect, proceed to order a **records subpoena** to the **PROSPERITY BANK**, located at 1301 N Mechanic St., El Campo, Texas, United States of America, requiring the bank to provide the following information regarding the U.S. dollar checking account No.  6155 held by Mr. Pablo Osvaldo Villarroel Cossio: the incoming credits to the account from Helmerich & Payne between July 2019 and June 2020. Specifically, the bank shall provide information regarding the amounts credited to the account by Helmerich & Payne during the specified months, including the description and origin of the transfers, if available, as well as the banking information of the transferring account.-------------------------------------

The court resolution ordering the letter rogatory states: "Buenos Aires, June 30, 2025 (...). Pursuant to defendant's request filed with this court, and consistent with the order granting the opening of the evidentiary stage (09/09/24), since the records subpoena to the Prosperity Bank requested by co-defendant has not yet been issued, I hereby grant this petition and order the issuance of a rogatory letter to the bank in accordance with the terms and warnings established in the opening of the evidentiary stage. THE PETITION IS GRANTED; THE CLERK SHALL ISSUE THE LETTER ROGATORY." Signed by: LAURA CRISTINA CASTAGNINO, NATIONAL JUDGE."-------

Parties to the Case:-----------------------------------------------------------------

**1. PLAINTIFF:** VILLARROEL COSSIO, PABLO OSVALDO, domiciled at the interjection of Pantaleon Dalence and Juan Capriles, Vanderbilt Building, 5th Floor, Cochabamba, Plurinational State of Bolivia, represented by atty. Raul Alfredo Vautier, City of Buenos Aires Bar License T 70 F 766, and Gabriel Alfonso Kajt, City of Buenos Aires Bar License T 70 F 164.-----------------------------------------------

IF-2025-113453200-APN-DAJI#MRE

1

Página 9 de 14



**2. DEFENDANTS: a) HELMERICH & PAYNE ARGENTINA DRILLING CO.**, Federal Tax ID No. 30-69729588-3, domiciled at Edison 2659, 2nd Floor, West Building, Martínez, Province of Buenos Aires, represented by atty. Gonzalo Manuel Soto, Buenos Aires Bar License T 58 F 58; **b) HELMERICH & PAYNE INC.**, no federal tax id, domiciled at 1437 S. Boulder Ave. Ste. 1400, Tulsa, Oklahoma, United States, represented by atty. Guillermo Urruti, Buenos Aires Bar License T 115 F 862; **c) HELMERICH & PAYNE INTERNATIONAL HOLDINGS LLC**, no federal tax id, domiciled at 1437 S. Boulder Ave. Ste. 1400, Tulsa, Oklahoma, United States, represented by atty. Guillermo Urruti, Buenos Aires Bar License T 115 F 862; **d) ANA CRISTINA CRETU**, Federal Tax ID No. 27-23763792-0, domiciled at La Paz 2552, Martínez, District of San Isidro, Province of Buenos Aires, represented by atty. Andrea Natalia Nalvanti, Buenos Aires Bar License T 109 F 389; **e) JOHN BRENDEN OWEN**, Federal Tax ID No. 20-94093103-8, domiciled at Castelli 2757, Martínez, Province of Buenos Aires, represented by atty. Andrea Natalia Nalvanti, Buenos Aires Bar License T 109 F 389; **f) YPF S.A.**, Federal Tax ID No. 30-54668997-9, domiciled at Machaca Güemes 515, City of Buenos Aires, represented by atty. Hernán Rodrigo Perez Boiani, Buenos Aires Bar License T 49 F 544; **g) CHEVRON ARGENTINA S.R.L.**, Federal Tax ID No. 30-52347924-1, domiciled at Av. Del Libertador 7208, 18th Floor, City of Buenos Aires, represented by atty. Eduardo Rodolfo Alonso Ponce, Buenos Aires Bar License T 76 F 473; **h) TECPETROL S.A.**, Federal Tax ID No. 30-59266547-2, domiciled at Pasaje Carlos María Della Paolera 299, 16th Floor, City of Buenos Aires, represented by atty. Marianela Dima, Buenos Aires Bar License T 102 F 333.------------------------------------------------------------

**AMOUNT OF CLAIM:** USD 1,741,671 (one million seven hundred and forty-one thousand six hundred and seventy-one US dollars).---------------------------------------

**CAUSE OF ACTION:** Termination.----------------------------------------------------------

**DISPUTED FACTS:** Employment lawsuit seeking severance pay and additional amounts for termination without cause, arising from a constructive termination based on alleged employer violations.----------------------------------------------------

<u>The following individuals are hereby authorized to act in the execution of the letter rogatory:</u> Attorneys María Clara Pujol (ID No. 29942591), Gonzalo Otero Mendiz (ID No. 32701035), Guillermo Urruti (ID No. 29216705), and Mss. Delfina Palmero (ID No. 43504994), Catalina Santamaria (ID No. 44097846), Florencia Farías Chaia (ID No. 42911186), or whom they may appoint.-------------------------------------------

Reciprocity applies in related cases.---------------------------------------------------------

This letter rogatory is issued in accordance with the Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.---------------------------------------

Sincerely,---------------------------------------------------------------------------------------

[*Signature*]----------------------------------------------------------------------------------
LAURA C. CASTAGNINO, NATIONAL JUDGE-----------------------------------------

[Signature]----------
MARÍA CECILIA SUÁREZ GALLO, CLERK----------

Signature not verified.----------
Digitally signed by MARIA CECILIA SUAREZ GALLO----------
Date: 2025.08.26 12:12:57 ART.----------

Signature not verified.----------
Digitally signed by LAURA CRISTINA CASTAGNINO----------
Date: 2025.08.26 15:28:41 ART.----------

[Bar code and numbers follow].----------

[The pages of the original document contain the signatures and seals of Laura C. Castagnino, National Judge, and María Cecilia Suárez Gallo, Clerk].----------

[On the reverse of the pages, there appears a seal that reads: National Labor Court of First Instance No. 4 – City of Buenos Aires].----------

I, LARA MUSCOLINI, AM COMPETENT TO TRANSLATE FROM SPANISH INTO ENGLISH AND CERTIFY THAT THE ABOVE IS A TRUE AND ACCURATE TRANSLATION TO THE BEST OF MY ABILITIES FROM THE SPANISH ORIGINAL DOCUMENT THAT I HAD BEFORE ME ON SEPTEMBER 1, 2025.----------

[The following is inserted in Spanish for administrative purposes of the Buenos Aires City Translators Association].----------

ES TRADUCCIÓN FIEL AL INGLÉS DEL DOCUMENTO ADJUNTO REDACTADO EN ESPAÑOL. CIUDAD DE BUENOS AIRES, 4 DE SEPTIEMBRE DE 2025. LA TRADUCCIÓN CONSTA DE 3 PÁGINAS.----------

LARA MUSCOLINI
TRADUCTORA PÚBLICA
IDIOMA INGLES
MAT. T° XIX F° 198 CAP. FED.
C.T.P.C.B.A. NRO. 7491

COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES
CORRESPONDE A LA LEGALIZACIÓN N°
INTERVINC:
MILIONE, DANIEL MATIAS
FECHA
05 09 2025



EXHORTO DIPLOMÁTICO

Buenos Aires, 25 de agosto de 2025

Al Señor Juez

De igual clase en turno que corresponda,

con jurisdicción y competencia en el

Estado de la Ciudad Texas

de los Estados Unidos de Norte América

S----------------------/----------------------D

SALUDA, EXHORTA Y HACE SABER: Que en los autos caratulados *"VILLAROEL COSSIO, PABLO OSVALDO c/ HELMERICH & PAYNE ARGENTINA DRILLING CO. Y OTROS s/ DESPIDO"*, (Expte. N° 34735/2021), en trámite ante el Juzgado Nacional de Primera Instancia del Trabajo N°4 a mi cargo, Secretaría a cargo de la Dra. María Cecilia Suárez Gallo, con asiento en la Av. Pte. Diagonal Roque Saénz Peña 760, 7° piso, de esta Ciudad Autónoma de Buenos Aires, República Argentina, a fin de hacerle saber que se ha dispuesto librar el presente Exhorto Diplomático para que Vuestra Señoría, de acuerdo con los procedimientos legales vigentes, proceda a ordenar la prueba informativa dirigida a PROSPERITY BANK con domicilio en 1301 N Mechanic St, El Campo, Texas, Estados Unidos, con el objeto de que informe respecto de la cuenta corriente en dólares estadounidenses N° 8316155, de titularidad del Sr. Pablo Osvaldo Villarroel Cossio, los créditos ingresados a dicha cuenta provenientes de Helmerich & Payne correspondientes al período julio 2019 a junio de 2020. En este sentido, se deberá informar concretamente respecto de Helmerich & Payne el detalle de las sumas acreditadas e ingresadas a dicha cuenta en los meses indicados, el concepto y origen de dicha transferencia en caso de contar con dicha información y/o los datos de la cuenta bancaria de la cual fueron transmitidos.

El auto que ordena la presente medida expresa: "Buenos Aires, 30 de Junio de 2025 (...) Visto lo solicitado por la parte demandada en el escrito a despacho y atento lo oportunamente resuelto en el auto de apertura a prueba (09/09/24), toda vez que no se ha librado la prueba de informes a

Prosperity Bank solicitada por la codemandada, hágase lugar a lo peticionado y líbrese oficio a dicha entidad, en los términos y apercibimientos dispuesto en el auto de apertura a prueba mencionado. OFICIESE. "FDO: LAURA CRISTINA CASTAGNINO JUEZ NACIONAL.

Partes del Juicio: 1. ACTORA: VILLARROEL COSSIO, PABLO OSVALDO. Con domicilio real en Pantaleon Dalence y Juan Capriles, Edificio Vanderbilt Piso 5, Cochabamba, Estado Plurinacional de Bolivia, representado por los Dres. Raul Alfredo Vautier T° 70 F° 766 C.P.A.C.F. y Gabriel Alfonso Kajt T° 70 F° 164 C.P.A.C.F. 2. DEMANDADAS: a) HELMERICH & PAYNE ARGENTINA DRILLING CO., CUIT 30-69729588-3, con domicilio real en Edison 2659, piso 2°, edificio oeste, Martínez, Provincia de Buenos Aires, representada por el Dr. Gonzalo Manuel Soto T°58 F° 58 C.P.A.C.F. b) HELMERICH & PAYNE INC, NO POSEE CUIT, con domicilio real en 1437 S. Boulder Ave. Ste. 1400, Tulsa, Oklahoma, Estados Unidos, representada por el Dr. Guillermo Urruti T° 115 F° 862. C.P.A.C.F. c) HELMERICH & PAYNE INTERNATIONAL HOLDINGS LLC, NO POSEE CUIT, con domicilio real en 1437 S. Boulder Ave. Ste. 1400, Tulsa, Oklahoma, Estados Unidos, representada por el Dr. Guillermo Urruti T° 115 F° 862, C.P.A.C.F. d) ANA CRISTINA CRETU, CUIT N° 27-23763792-0, con domicilio real en calle La Paz 2552, Martínez, Partido de San Isidro, Provincia de Buenos Aires, representada por la Dra. Andrea Natalia Nalvanti T° 109 F° 389 C.P.A.C.F. e) JOHN BRENDEN OWEN, CUIT 20-94093103-8, con domicilio real en calle Castelli 2757, Martínez, Provincia de Buenos Aires, representado por la Dra. Andrea Natalia Nalvanti T° 109 F° 389 C.P.A.C.F. f) YPF S.A., CUIT 30 -54668997-9, con domicilio en la calle Machaca Güemes N° 515 de la ciudad de Buenos Aires, representada por el Dr. Hernán Rodrigo Perez Boiani T° 49 F° 544 C.P.A.C.F. g) CHEVRON ARGENTINA S.R.L., CUIT 30-52347924-1. con domicilio real en la Av. Del Libertador 7208, Piso 18°, Ciudad Autónoma de Buenos Aires, representada por el Dr. Eduardo Rodolfo Alonso Ponce T° 76 F° 473 CPACF. h) TECPETROL S.A., CUIT 30-59266547-2, en el Pasaje Carlos María Della Paolera 299, Piso 16°, Ciudad Autónoma de Buenos Aires, representada por la Dra. Marianela Dima T° 102 F° 333 C.P.A.C.F. - - - - -

Monto del Reclamo: USD 1.741.671.- (dólares estadounidenses un millón setecientos cuarenta y un mil seiscientos setenta y uno). - - - - - - - - - -

Objeto del juicio: Despido.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Hecho controvertido: El cobro de sumas de dinero e indemnizaciones por despido sin causa derivadas de un despido indirecto producto de alegados incumplimientos patronales.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Quedan autorizados a intervenir en la rogatoria: Dres. María Clara Pujol, (D.N.I. N°29.942.591), Gonzálo Otero Mendiz, (D.N.I. N°32.701.035), Guillermo Urruti, (D.N.I. N°29.216.705), y las Srtas. Delfina Palmero (D.N.I. N°43.504.994), Catalina Santamaría (D.N.I. N°44.097.846), Florencia Farias Chaia (D.N.I. N° 42.911.186) y/o a quienes éstos designen. - - - - - - - - - - - - - -

Que existe reciprocidad para casos análogos. - - - - - - - - - - - - - - - - - - - -

El presente exhorto se expide en los términos de la Convención sobre la obtención de pruebas en el extranjero en materia civil y comercial. - - - - - - - -

Saludo muy atentamente.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LAURA C. CASTAGNINO GALLO
JUEZ NACIONAL
SECRETARIA

MARIA CECILIA SUÁREZ

Signature Not Verified
Digitally signed by MARIA CECILIA SUAREZ GALLO
Date: 2025.08.26 12:12:57 ART

Signature Not Verified
Digitally signed by LAURA CRISTINA CASTAGNINO
Date: 2025.08.26 15:28:41 ART



N° C-00027319



# COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES

República Argentina
Ley 20305

## LEGALIZACIÓN



Por la presente, el COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES, en virtud de la facultad que le confiere el artículo 10 inc. d) de la ley 20305, certifica únicamente que la firma y el sello que aparecen en la traducción adjunta concuerdan con los correspondientes al/a la Traductor/a Público/a  MUSCOLINI, LARA que obran en los registros de esta institución, en el folio 368 del Tomo 19 en el idioma INGLÉS

Legalización número: **63866**

Buenos Aires; 05/09/2025

Sergio A. Brvasi
Gerente del Dto. de Legalizaciones
Colegio de Traductores Públicos
de la Ciudad de Buenos Aires

ESTA LEGALIZACIÓN NO SE CONSIDERARÁ VÁLIDA SIN EL CORRESPONDIENTE TIMBRADO DE CONTROL EN LA ÚLTIMA HOJA DE LA TRADUCCIÓN ADJUNTA

Control interno: 81556563866

IF-2025-113453200-APN-DAJI#MRE

Avda. Corrientes 1834 – C1045AAN – Ciudad Autónoma de Buenos Aires – Tel. 4373-4173 y líneas rotativas

Página 13 de 14

By virtue of the authority vested in the COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Buenos Aires Sworn Translators Association) by Argentine law No. 20 305 section 10(d), I hereby CERTIFY that the seal and signature affixed on the attached translation are consistent with the seal and signature on file in our records.
The Colegio de Traductores Públicos de la Ciudad de Buenos Aires only certifies that the signature and seal on the translation are genuine; it will not attest to the contents of the document.
THIS CERTIFICATION WILL BE VALID ONLY IF IT BEARS THE PERTINENT CHECK STAMP ON THE LAST PAGE OF THE ATTACHED TRANSLATION.

Vu par le COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Ordre des Traducteurs Officiels de la ville de Buenos Aires), en vertu des attributions qui lui ont été accordées par l'article 10, alinéa d) de la Loi n° 20.305, pour la seule légalisation matérielle de la signature et du sceau du Traductor Público (Traducteur Officiel) apposés sur la traduction du document ci-joint, qui sont conformes à ceux déposés aux archives de cette Institution.
LE TIMBRE APPOSÉ SUR LA DERNIÈRE PAGE DE LA TRADUCTION FERA PREUVE DE LA VALIDITÉ DE LA LÉGALISATION.

Il COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Ordine dei Traduttori abilitati della Città di Buenos Aires) CERTIFICA ai sensi dell'articolo 10, lettera d) della legge 20.305 che la firma e il timbro apposti sulla qui unita traduzione sono conformi alla firma e al timbro del Traduttore abilitato depositati presso questo Ente. Non certifica il contenuto della traduzione sulla quale la certificazione è apposta.
LA VALIDITÁ DELLA PRESENTE CERTIFICAZIONE È SUBORDINATA ALL'APPOSIZIONE DEL TIMBRO DI CONTROLLO DEL CTPCBA SULL'ULTIMA PAGINA DELL'ALLEGATA TRADUZIONE.

Por meio desta legalização, o COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Colégio dos Tradutores Públicos da Cidade de Buenos Aires), no uso de suas atribuições e em conformidade com o artigo 10, alínea "d", da Lei 20.305, somente reconhece a assinatura e o carimbo do Tradutor Público que subscreve a tradução em anexo por semelhança com a assinatura e o carimbo arquivados nos registros desta instituição.
A PRESENTE LEGALIZAÇÃO SÓ TERÁ VALIDADE COM A CORRESPONDENTE CHANCELA MECÂNICA APOSTA NA ÚLTIMA FOLHA DA TRADUÇÃO.

COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Kammer der vereidigten Übersetzer der Stadt Buenos Aires). Kraft der Befugnisse, die ihr nach Art. 10 Abs. d) von Gesetz 20.305 zustehen, bescheinigt die Kammer hiermit lediglich die Übereinstimmung der Unterschrift und des Siegelabdruckes auf der beigefügten Übersetzung mit der entsprechenden Unterschrift und dem Siegelabdruck des vereidigten Übersetzers (Traductor Público) in unseren Registern.
DIE VORLIEGENDE ÜBERSETZUNG IST OHNE DEN ENTSPRECHENDEN GEBÜHRENSTEMPEL AUF DEM LETZTEN BLATT DER BEIGEFÜGTEN ÜBERSETZUNG NICHT GÜLTIG.

IF-2025-113453200-APN-DAJI#MRE



República Argentina - Poder Ejecutivo Nacional
AÑO DE LA RECONSTRUCCIÓN DE LA NACIÓN ARGENTINA

**Hoja Adicional de Firmas**
**Informe gráfico**

**Número:** IF-2025-113453200-APN-DAJI#MRE

CIUDAD DE BUENOS AIRES
Lunes 13 de Octubre de 2025

**Referencia:** VILLARROEL COSSIO PABLO OSVALDO C/ HELMERICH & PAYNE (ARGENTINA) DRILLING CO. Y OTROS S/ DESPIDO EXPE N° 34735/2021

El documento fue importado por el sistema GEDO con un total de 14 pagina/s.

Lara Cambiasso
Asesora
Dirección de Asistencia Jurídica Internacional
Ministerio de Relaciones Exteriores, Comercio Internacional y Culto