IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| REQUEST FOR INTERNATIONAL | § | |
| JUDICIAL ASSISTANCE FROM THE | § | MISC. NO. _____ |
| NATIONAL LABOR COURT OF FIRST | § | |
| INSTANCE NO. 4 IN BUENOS AIRES, | § | |
| ARGENTINA IN PABLO OSVALDO | § | |
| VILLARROEL COSSIO | § | |
| | § | |
| v. | § | |
| | § | |
| HELMERICH & PAYNE ARGENTINA | § | |
| DRILLING CO. | § | |

## ORDER

Upon application of the United States, and upon review of the request from Argentina

seeking Judicial Assistance, and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by 28 U.S.C. §1782 and this

Court's inherent authority, that Prosperity Bank, located at 1301 N Mechanic St., El Campo, Texas,

77437 shall be required to provide testimony and produce documents and other things in

accordance with the Request for Judicial Assistance of **December 12, 2025** and that Assistant

United States Attorney Daniel Hu is appointed as a Commissioner of this Court: to take such steps

as necessary, including the issuance of Commissioner's Subpoenas, to obtain evidence requested

by the Government of Argentina in conformity with the requests of **November 21, 2025**; to adopt

such procedures for the receipt of the evidence as are consistent with the use of the evidence within

Argentina; to seek such further orders of the Court as are necessary to execute this request; to

certify the documents obtained and to submit the evidence to the Office of Foreign Litigation,

United States Department of Justice, for transmission to Argentina; and to do all else that may be

1

necessary for the accomplishment of the purposes of this Order.


**DONE** at Houston, Texas, this _____ day of _____,2025


_____

UNITED STATES DISTRICT JUDGE